ORIGINAL

FILED
JUL 10 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**PRECISION LIFT, INC.** :
: 
**Plaintiff,** :
: **No.** 08-500 C
**v.** :
: **JUDGE**
**THE UNITED STATES** :
:
**Defendant.** :

**MOTION FOR TEMPORARY RESTRAINIG ORDER**

Pursuant to **Rule 65(b)**, **Federal Rule of Civil Procedure**, Plaintiff, Precision Lift, Inc., ("PLI"), respectfully moves that this Court enter a Temporary Restraining Order restraining Defendant, **The United States of America**, and each and all of its officers, agents, servants, employees and attorneys, and persons in active concerts or participation with any of the foregoing, from taking any action toward performance of the contract awarded as a result of Solicitation W91-336-07-T-0033 ("the Solicitation") for helicopter maintenance platforms for a period of ten (10) days, or until this Court has determined PLI's Motion Preliminary Injunction. This Motion is supported by the Declaration of PLI's President John Tollenaere and the attachments thereto and the Declaration of PLI's counsel, Marc Lamer, and the attachments thereto, together with the Memorandum of Law in support of this Motion.

The grounds for this Motion are that the decision of the Contracting Officer to award the contract to an offeror other whose offer did not comply with the terms of the Solicitationwas not rationally based. PLI will this be irreparably harmed if substantial contract performance takes place before the Court has an opportunity to determine the merits of its Motion for a Preliminary Injunction; that no other party has suffered or will

suffer any harm if the award is deferred for a short time; and that it is in the public interest that the Court have the opportunity to decide the issues.

A form of proposed Temporary Restraining Order is attached hereto.

**WHEREFORE**, it is respectfully submitted that a **Temporary Restraining Order** should be issued.

Respectfully submitted,

Marc Lamer

**MARC LAMER**
Attorney for Plaintiff
Precision Lift, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: July 9, 2008

ORIGINAL

FILED
JUL 10 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRECISION LIFT, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No.** |
| **v.** | : | |
| | : | **JUDGE** |
| **THE UNITED STATES** | : | |
| | : | |
| **Defendant.** | : | |

**CERTIFICATION PURSUANT TO RULE 65(f)**

Marc Lamer, Counsel for Plaintiff Precision Lift, Inc., certifies that:

1. I caused two (2) copies of Plaintiff's Motion for a Temporary Restraining Order, Motion for a Preliminary Injunction, Memorandum of Law, Declaration of John Tollenaere and Declaration of Marc Lamer, along with two (2) copies of Plaintiff's Complaint, to be sent via overnight delivery to the U.S. Department of Justice, Commercial Litigation Branch, 1100 L Street NW, 8th floor, Washington, DC 20530.

2. I gave notice of the intended filing of the Motion for A Temporary Restraining Order in accordance with the Court's Appendix C procedures by providing facsimile notice at least twenty-four hours in advance to the Department of Justice, the Contracting Officer and the successful awardee.

Marc Lamer
Marc Lamer
Attorney for Precision Lift, Inc.