ORIGINAL

FILED
JUL 10 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **PRECISION LIFT, INC.** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES** <br> **Defendant.** | **No.** 08-500 C <br> **JUDGE** |

**MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a), Federal Rules of Civil Procedure, Plaintiff, Precision Lift, Inc. ("PLI"), respectfully moves for this Court to enter a Preliminary Injunction enjoining Defendant, The United States of America, and each and all of its officers, agents, servants, employees and attorneys, and all persons in active concerts or participation with any of the foregoing, from taking any steps toward performance of the contract for helicopter maintenance platforms under Solicitation W91336-07-R-0033, pendente lite, until this Court renders a final judgment in this matter.

This Application is supported by the Declaration of John Tollenaere, PLI's President and the attachments thereto, as well as the Declaration of PLI's counsel and the legal Memorandum in Support of this Motion and the Motion for a Temporary Restraining Order. The grounds of this Motion, as set forth in those documents, are that award of the contract was arbitrary, capricious, and contrary to law; and that the balance of harm and the public interest support the granting of the relief sought. In

those circumstances, PLI is entitled injunctive relief, See FMC Corp. v. United States, 3 F.3d 424, 427 (Fed. Cir 1993).

Respectfully submitted,

Marc Lamer

**MARC LAMER**
Attorney for Plaintiff
Precision Lift, Inc.

Kostos and Lamer, P.C.
1608 Walnut Street, Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Dated: July 9, 2008