# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: MIPR7FDAT9MG42

PAGE 1 OF 24

2. CONTRACT NO.:

3. AWARD/EFFECTIVE DATE:

4. ORDER NUMBER:

5. SOLICITATION NUMBER: W9133L-07-T-0033

6. SOLICITATION ISSUE DATE: 09-Aug-2007

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: FLORENCE P. STEWART
b. TELEPHONE NUMBER (No Collect Calls): 703-607-1175

8. OFFER DUE DATE/LOCAL TIME: 10:00 AM 24 Aug 2007

9. ISSUED BY — CODE: W9133L

NGB-ZC-AQ - W9133L
1411 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-3231

TEL:
FAX: 703-607-1742

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS: 423850
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[X] RFQ [ ] IFB [ ] RFP

15. DELIVER TO — CODE:

**SEE SCHEDULE**

16. ADMINISTERED BY — CODE:

17a. CONTRACTOR/OFFEROR — CODE:

FACILITY CODE:

18a. PAYMENT WILL BE MADE BY — CODE:

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

26. TOTAL AWARD AMOUNT (For Govt. Use Only)

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED

30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)

30c. DATE SIGNED

31b. (TYPE OR PRINT)

T

EMAIL:

PLAINTIFF'S EXHIBIT A

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 52.212

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)**

PAGE 2 OF 24

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ______

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

PERFORMANCE SPECIFICATION

# Performance Specification

# Portable Aircraft Maintenance Platforms

**PURPOSE**: This performance specification establishes the United States (US) Government's technical and performance requirements for the Portable Aircraft Maintenance Platforms for the UH-60, CH-47, and AH-64

**Definitions:**

**MINIMUM PERFORMANCE STANDARDS (MPS)** Mandatory capabilities that are required to be offered in the candidate platform. Minimum Performance Standards shall not be traded against other technical or non-technical requirements in the offeror's proposal.

**THRESHOLD (T)** Capabilities that should be offered in the candidate platform in order to satisfy the end-user's requirements for safety, effectiveness, and suitability of the platform. Threshold capabilities may be traded against other technical and non-technical requirements in the offeror's proposal.

## MISSION DESCRIPTION

Portable Maintenance Platform is a system designed to facilitate required maintenance on AH-64 CH-47 and UH-60 aircraft while providing OSHA compliant safety standards and fall protection.

(MPS) The Portable Maintenance Platform will be used by aviation maintenance technicians operating during daylight, night, inclement weather, in field type conditions.

## SAFETY

(MPS) The platform shall meet or exceed OSHA standards for work platforms.

(MPS) All deck hand railings and stair access railings must meet or exceed OSHA safety standards.

(MPS) The platform shall have non-skid surfaces on platform, stairs and ladders.

(T) The platform should have an integral fire extinguisher.

(T) The platform should have an integral grounding cable.

## PERFORMANCE

(MPS) The platform shall be fitted to any side of the aircraft to provide Fall Protection during aircraft maintenance and repair.

(MPS) The platform shall be designed for easy maneuverability by hand or towed with standard aircraft tow bar.

(MPS) The platform shall be designed for use and maneuverability in field or soft surface conditions.

(MPS) The railings on the platform shall provide complete fall protection around aircraft vertical stabilizer / tail rotor areas.

(T) The railings on the platform should permit rotation of tail rotor without removal.

(T) The platform should provide access to upper parts of aircraft (engines, nacelles, roof structure, rotor heads, etc.).

(MPS) The platform should caster and spin about the platform center axis for ease of placement and movement.

(MPS) The platform wheels must lock for towing and maintaining a fixed position when employed.

(MPS) The platform must be easily disassembled for storage and reassembly.

(MPS) When disassembled, the platform must fit on 463L pallet(s).

**CONSTRUCTION**

(MPS) The portable maintenance platform shall be a commercial, non-developmental item that is compliant with 29 CFR 1910.

(MPS) The platform deck shall be designed and built of high strength, lightweight structural aluminum with a uniform load rating of 1000 pounds minimum.

(MPS) The platform frame shall be designed to be stable, provide for smooth towing, and be easily disassembled for storage or shipping.

(MPS) Platform handrails shall be designed and constructed to provide stabile fall protection while maximizing ease of use; assembly, disassembly, and maximizes safety.

(MPS) The platform shall be designed and constructed to provide a stabile, level work surface when employed on ground with up to 10 degrees of slope.

(MPS) The platform handrails must provide complete fall protection around the vertical stabilizer / tail rotor areas of the aircraft.

(MPS) The platform surfaces facing and/or abutting aircraft must have cushioning to protect fuselage, i.e., vertical stabilizer and horizontal stabilator, etc.

(T) The platform handrails should be designed and constructed to allow rotation of aircraft tail rotor without removal or lowering of handrails (maintain fall protection).

(MPS) The platform shall be designed and constructed to easily caster within its own footprint for ease of placement and movement.

(MPS) The platform shall be designed and constructed to permit use on soft, unimproved surfaces.

(MPS) The platform shall be designed to be disassembled to fit on 463L pallet(s) and subsequently easily re-assembled.

**DESIGN SPECIFICATIONS:**

The following will be provided by the vendor:

1. Detailed engineering drawings complete with design specifications/dimensions, and detailed descriptions.

2. Lead times for delivery of required maintenance stands once NGB review/approval of engineering drawings has been conducted and provided to vendor.

EVALUATION CRITERIA

**EVALUATION CRITERIA**

Introduction The purpose of this evaluation is to provide the Government with the necessary information to select the offeror for contract award in support of the National Guard Bureau. This selection will be based upon an integrated assessment of proposals submitted in response to the solicitation. The evaluation will be accomplished using the criteria described in the following paragraphs. Contract award will be to the offeror whose proposal is evaluated to be best value to the Government.

Basis for Award The Government intends to award the Fall Protection Maintenance Platforms contract to one contractor. The Government will select a winning party from the offerors responding to this solicitation based on the best value to the Government. This best value award will be determined by results of evaluation. The offeror whose proposal conforms to the solicitation requirements, and is best value to the Government based upon past performance, technical and price, as stated herein will be selected.

An unsatisfactory rating in any one factor may disqualify the offeror for an award. When evaluating proposals, the Government reserves the right to consider all information and sources available. For example, the Government may rely upon information from its own agencies and systems such as Government audit agencies and past performance systems, as well as information from commercial sources such as Dun and Bradstreet Reports and Open Ratings.

The Government intends to award without discussions, unless the Contracting Officer deems discussions are necessary.

**EVALUATION CRITERIA:**

Contract award will be based on an integrated assessment of each offeror's response to the solicitation. The integrated assessment will address the following: (a) the offeror's demonstrated understanding of all the potential efforts and the offeror's capability to perform required tasks. The assessment will determine the overall value of the proposals submitted by each offeror, judged in terms of the potential to best satisfy the needs of the government; (b) the government evaluation of the following areas, listed in descending order of importance:

(1) Technical
(2) Past Performance
(3) Price

Criteria are listed in descending order of importance. The Technical area is considered to be more important than the Past Performance and Price. The non-price factors when combined are significantly more important than price. A weak, deficient, or high-risk evaluation for any criteria may be cause for disqualification of the offeror. Award will be made on the basis of the best overall value.

Evaluation Criteria:

**Technical.** The contractor must address the Safety, Performance, and Construction, and Design Specification aspects of the Performance Specification in this solicitation.

Technical Quality Scale:

| RATING | DESCRIPTION |
|---|---|
| Very Good | Offeror's proposal demonstrates a very good understanding of the requirements and the approach is of good quality. Strengths clearly outbalance any weaknesses that exist. There are no deficiencies. |
| Good | Offeror's proposal demonstrates an acceptable understanding of the requirements and the approach is of good quality. There may be strengths or weaknesses and the strengths balance the weaknesses. No deficiencies exist. |
| Unsatisfactory | Offeror's proposal does not demonstrate an understanding of the requirements and the approach is of unsatisfactory quality. Weaknesses or deficiencies out weight the strengths. |

**Past Performance.** Past performance on contracts currently ongoing or completed within the last five years that are directly similar in scope and complexity of the

performance specifications. Each offeror will be evaluated on its performance under existing and prior contracts for similar products or services. Evaluation will not be based on an absolute standard of performance. The government reserves the right to consider all aspects of an offeror's performance history, but will attribute more significance to recent work comparable in scope to this solicitation.

Past Performance Risk Assessment Scale:

| ASSESSMENT | ASSESSMENT DESCRIPTION |
|---|---|
| Low Risk | The past work and experience is mostly high quality and relevant. There is a high probability of success that the offeror should be able to execute the work based upon previous performance. |
| Moderate Risk | The quality and relevance of the past work and experience is mixed. There is moderate probability of success that the offeror will be able to execute the work based upon previous performance |
| High Risk | The past work and experience is below average to poor quality and/or past work and experience is not particularly relevant. There is a moderate to high probability that the offeror will be unable to execute successfully the work based upon previous performance. |
| Unknown | The past work and experience, if any, is not relevant to the solicitation's objectives and requirements. |

**Price.** The offeror's proposal is fair and reasonable to both the offeror and the Government. Completeness: The offeror's proposal responds to all solicitation requirements and the cost estimates are traceable to those requirements.

Cost/Technical Tradeoff: While cost/price is not the most important factor in the evaluation, the importance of cost/price as an evaluation factor will increase with the degree of non-cost factor equality of competing proposals. When the proposal with the lowest evaluated cost/price is other than the proposal(s) with the higher non-cost merit, a cost/technical tradeoff analysis is necessary to decide whether the technical superiority of the other proposal(s) warrants payment of the additional price or cost. This decision will involve a comparison of the combination of non-cost strengths, weaknesses, and risks and cost/price offered in each proposal and judgment as to which provides the best combination. The government may be willing to pay a higher price for non-costs factors, if the added benefits are worth the premium.

DELIVERY SCHEDULE

| PRIORITY | CH-47 MAINTENANCE PLATFORM SYSTEM | CH-47 DELIVERY ADDRESS | POC | DSN | CML |
|---|---|---|---|---|---|
| 1 | 1 | ARMY AVIATION SUPPORT FACILITY<br>BUILDING E4081<br>EDGEWOOD APG<br>ABERDEEN, MD 21010-5401 | CW5 KEITH G. HARRIS | 584-2891/3831 | 410-436-2891/3831 |
| 2 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>13650 AEROSPACE WAY<br>BLDG 860 CECIL FIELD<br>JACKSONVILLE, FL 32221-8194 | MAJ WILLIAM TEMPLE | N/A | 904-823-0476 |
| 3 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>3855 N SKYPARK ROAD<br>GRAND ISLAND, NE 68801 | MAJ KEVIN BRICKER | 279-7270 | 402-309-7270 |
| 4 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>BUILDING 19-101 RANGE ROAD<br>FORT INDIANTOWN GAP<br>ANNVILLE, PA 17003-5005 | LT JARED SEKELLICK | 491-8471 | 717-861-8471 |
| 5 | 1 | ARMY AVIATION SUPPORT FACILITY<br>ATTN: TAG-AV-AASF<br>1325 SOUTH CAROLINA ROAD<br>SUITE 41<br>EASTOVER, SC 29044-5041 | MAJ JIM BARKLEY | 583-1870 | (803) 806-1870 |
| 6 | 1 | 1106TH AVIATION CLASSIFICATION REPAIR ACTIVITY DEPOT (AVCRAD)<br>5140 EAST DAKOTA AVENUE<br>FRESNO, CA 93727-7713 | CW3 BRIGITTE THOMAS | 686-5606 | 559-347-5606 |
| 7 | 1 | ARMY AVIATION SUPPORT FACILITY<br>206 AIRPORT ROAD NG HANGER<br>SAINT PAUL, MN 55107-1090 | CW5 RICHARD KOEHEN | N/A | 651-281-3452 |

| PRIORITY | UH-60 MAINTENANCE PLATFORM SYSTEM | UH-60 DELIVERY ADDRESS | POC | DSN | CML |
|---|---|---|---|---|---|
| 1 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>CAMP MURRAY (GRAY ARMY AIRFIELD)<br>TACOMA, WA 98430-5152 | CW3 TIM REEVES | 323-3848 | 253-912-3848 |
| 2 | 1 | ARMY AVIATION SUPPORT FACILITY<br>BLDG 49-140 CAMP DENALI<br>FORT RICHARDSON AK 99505-2610 | MAJ CHERYL ANDERSON | 317-384-4320 | 907-428-6320 |
| 3 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>2816 RICHARDSON ROAD<br>BUZZARDS BAY, MA 02542-5051 | CW4 JOSEPH DiPASQUALE | 557-5859 | 508-968-5859 |
| 4 | 1 | ARMY AVIATION SUPPORT FACILITY<br>BUILDING E4081<br>EDGEWOOD APG<br>ABERDEEN, MD 21010-5401 | CW5 KEITH G. HARRIS | 584-2891/3831 | 410-436-2891/3831 |
| 5 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>365 SHOP STREET<br>HAWKINS FIELD<br>JACKSON, MS 39209-3436 | CPT BRADLEY K. HOWE | 293-2103 | 601-313-2103 |
| 6 | 1 | ARMY AVIATION SUPPORT FACILITY<br>RICHMOND INTERNATIONAL A/P<br>700 PORTUGEE ROAD<br>SANDSTON, VA 23150-5050 | WOC HENRY DABNEY | 864-7314 | 804-236-7314 |
| 7 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>OKLAHOMA ARMY NATIONAL GUARD<br>4242 N. MINGO VALLEY EXPWY.<br>TULSA, OK 74116-5200 | CW5 LEONARD L. REED | 628-6511 | 918-832-6511 |
| 8 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>HANGAR A<br>201 SCHAEFER DRIVE<br>LONG ISLAND MacARTHUR AIRPORT<br>RONKONKOMA, NY 11779-7392 | CW4 PETER HAACK | N/A | 631-471-0885 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>900 ATLANTIC AVENUE, BLDG 555<br>DOBBINS AIR RESERVE BASE, GA 30069-4305 | MAJ WILSON | | 678-569-3503 |
| 10 | 1 | ARMY AVIATION SUPPORT FACILITY<br>206 AIRPORT ROAD NG HANGER<br>SAINT PAUL, MN 55107-1090 | CW5 RICHARD KOEHEN | N/A | 651-281-3452 |
| 11 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>BUILDING 19-101 RANGE ROAD<br>FORT INDIANTOWN GAP<br>ANNVILLE, PA 17003-5005 | LT JARED SEKELLICK | 491-8471 | 717-861-8471 |

| PRIORITY | UH-60 MAINTENANCE PLATFORM TAIL SECTION | UH-60 TAIL DELIVERY ADDRESS | POC | DSN | CML |
|---|---|---|---|---|---|
| 1 | 1 | ARMY AVIATION SUPPORT FACILITY #3<br>10616 SUPERFORTRESS AVE<br>MATHER, CA 95655-1103 | MAJ NADER ARAJ | 466-3978 | 916-843-3978 |
| 2 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>TRENTON MERCER AIRPORT<br>152 SCOTCH ROAD<br>WEST TRENTON, NJ 08628-1302 | CW4 JAMES PREGLER | 445-9261 | 609-530-4257 |
| 3 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>BLDG 307<br>NAES LAKEHURST, NJ 08733 | LTC JON W. SCANNELL | 445-9261 | 609-530-4256 |
| 4 | 1 | ARMY AVIATION SUPPORT FACILITY #3<br>ALBANY COUNTY AIRPORT<br>330 OLD NISKYUNA ROAD<br>LATHAM, NY 12110-2299 | CW4 BRIAN SMITH | 489-4380 | 518-786-4380 |

| PRIORITY | AH-64 MAINTENANCE PLATFORM SYSTEM | AH-64 DELIVERY ADDRESS | POC | DSN | CML |
|---|---|---|---|---|---|
| 1 | 1 | 1106TH AVIATION CLASSIFICATION<br>REPAIR ACTIVITY DEPOT | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | (AVCRAD)<br>5140 EAST DAKOTA AVENUE<br>FRESNO, CA 93727-7713 | CW3 BRIGITTE THOMAS | 686-5606 | 559-347-5606 |
| 2 | 1 | ARMY AVIATION SUPPORT FACILITY #1<br>MISSOURI ARMY NATIONAL GUARD BLDG 44<br>907 ARNOLD AVENUE<br>WHITEMAN AIR FORCE BASE, MO 65305-5332 | CW3 PEYTON SUPERNAW | 975-5522 | 660-687-5522 |
| 3 | 1 | ARMY AVIATION SUPPORT FACILITY<br>ATTN: TAG-AV-AASF<br>1325 SOUTH CAROLINA ROAD<br>SUITE 41<br>EASTOVER, SC 29044-5041 | MAJ JIM BARKLEY | 583-1870 | (803) 806-1870 |
| 4 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>292 AVIATION DRIVE<br>JOHNSTOWN, PA 15902-7201 | CW4 CHARLES DOYNO | N/A | 814-532-7723 |
| 5 | 1 | ARMY AVN SUPPORT FACILITY #3<br>2254 WESTOVER ROAD<br>JACKSON, TN 38301-9642 | CW4 JOHN MCCONNELL | 683-2500 ext. 2312 | 731-425-2312 |
| 6 | 1 | ARMY AVIATION SUPPORT FACILITY<br>IDAHO ARMY NATIONAL GUARD<br>5000 S ULM STREET BLDG 1502<br>BOISE, ID 83705-8078 | MAJ TED CLEMENS | 422-4002 | 208-422-3998 |
| 7 | 1 | HOUSTON ARMY AVIATION SUPPORT FACILITY<br>BLDG 1183 SNYDER STREET<br>ELLINGTON FIELD<br>HOUSTON, TX 77034-5592 | SSG JOHN FONTENOT | 954-6329 | 512-782-6329 |
| 8 | 1 | ARMY AVIATION SUPPORT FACILITY #2<br>116 LEMONS DRIVE<br>TUPELO, MS 38803-2305 | CW4 JAMES M. TUCKER | 293-3406 | 601-891-4406 |

PROPOSAL PREPARATION

1. PROPOSAL PREPARATION INSTRUCTIONS:

To assure timely and equitable evaluation of proposals, offerors must follow the instructions contained herein. Proposals must be complete, self sufficient, and respond directly to the requirements of this solicitation. The response shall consist of three parts: Part I –Technical, Part II – Past Performance, and Part III- Price Proposal.

Note: All required documentation shall be numbered and bound. Staples shall not be used. Consolidated parts are acceptable provided tabs separate them. A cover sheet shall be found included at the beginning of each section in the book, clearly marked as to part number, title, RFP identification and the offeror's name. Past Performance (Part I) and Technical (Part II) shall not include price or pricing information. Please submit two copies and one original of each volume.

2. SPECIFIC INSTRUCTIONS:

The Contractor shall submit 3 complied copies of their entire proposal, one original and two copies.

1. Part I (Tab A) – Technical. This is for the Specifications of the Fall Protection Platforms to include drawings.

2. Part II (Tab B) – Past Performance. Past performance will consists of a brief description and scope of previous or current projects/contracts that best represents the Company/Teaming Partners/Subcontractors capability to perform the specifications. The page count will be limited to 5 pages. A page is defined as a single-side of paper with dimensions of 8 1/2x11".

a. The contractor shall select no more than five (5) at a minimum of (2) of the most relevant contracts performed or completed within the last 3 years for the same or similar type services/product. This will include Points of Contact, phone number, email address, and contract number with a brief description of the service/product performed.

3. Part III (Tab C) – Price Proposal.

<u>SUBMISSION REQUIREMENTS</u>:

**Written proposals (technical volume, not cost volume)**
One-sided pages (no front and back)
81/2"x11" paper
12 pt black type
Single-spaced paragraphs

Pages numbered consecutively
Ring binder
Tabbed sections
Table of contents

**Fold-out charts or diagrams**:
May be used within the written proposal in accordance with the above page restrictions
Must be fully viewable without having to be removed from the binder
An 11"x17" piece of paper used a fold-out, will count as two pages in the overall page count
One-sided pages (no front and back)
10-13 pt black type

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 7 | Each | | |

Fall Protection Maintenance Platforms
FFP
Contractor shall provide/construct CH-47 MAINTENANCE PLATFORM SYSTEMS per the Performance Specificqation.

FOB: Destination
PURCHASE REQUEST NUMBER: MIPR7FDAT9MG42

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| )002 | | 11 | Each | | |

Fall Protection Maintenance Platforms
FFP
Contractor shall provide/construct UH-60 MAINTENANCE PLATFORM SYSTEMS per the Performance Specification.

FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 4 | Each | | |

Fall Protection Maintenance Platforms
FFP
Contractor shall provide UH-60 MAINTENANCE PLATFORM TAIL SECTIONS per the Performance Specification.

FOB: Destination

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 8 | Each | | |
| | Fall Protection Maintenance Platform<br>FFP<br>The contractor shall provide/construct AH-64 MAINTENANCE PLATFORM SYSTEMS per the Performance Specification.<br><br>FOB: Destination | | | | |
| | | | | NET AMT | |

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |
| 0004 | N/A | N/A | N/A | N/A |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.212-4 | Contract Terms and Conditions--Commercial Items | FEB 2007 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.232-7003 | Electronic Submission of Payment Requests | MAR 2007 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUN 2007)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

___ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (SEP 2006), with Alternate I (OCT 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999) (15 U.S.C. 657a).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

___ (4) [Removed].

___ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-6.

___ (iii) Alternate II (MAR 2004) of 52.219-6.

___ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

___ (ii) Alternate I (OCT 1995) of 52.219-7.

___ (iii) Alternate II (MAR 2004) of 52.219-7.

___ (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

___ (8)(i) 52.219-9, Small Business Subcontracting Plan (SEP 2006) (15 U.S.C. 637(d)(4)).

___ (ii) Alternate I (OCT 2001) of 52.219-9

___(iii) Alternate II (OCT 2001) of 52.219-9.

___ (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

__ (10) 52.219-16, Liquidated Damages--Subcontracting Plan (JAN 1999) (15 U.S.C. 637(d)(4)(F)(i)).

___ (11)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (SEP 2005) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

___ (ii) Alternate I (JUNE 2003) of 52.219-23.

___ (12) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (13) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___ (14) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004) (U.S.C. 657 f).

___ (15) 52.219-28, Post Award Small Business Program Rerepresentation (JUNE 2007) (15 U.S.C. 632(a)(2)).

_X_ (16) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

_X_ (17) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JAN 2006) (E.O. 13126).

_X_ (18) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

_X_ (19) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

_X_ (20) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of theVietnam Era, and Other Eligible Veterans (SEP 2006) (38 U.S.C. 4212).

_X_ (21) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

_X_ (22) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEP 2006) (38 U.S.C. 4212).

___ (23) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

___ (24)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(c)).

_X_ (25) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

___ (26)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (NOV 2006) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L 108-77, 108-78, 108-286, 109-53 and 109-169).

___ (ii) Alternate I (JAN 2004) of 52.225-3.

___ (iii) Alternate II (JAN 2004) of 52.225-3.

_X_ (27) 52.225-5, Trade Agreements (NOV 2006) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

___ (28) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2006) (E.O.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of Treasury).

___ (29) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (42 U.S.C. 5150).

___ (30) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (42 U.S.C. 5150).

___ (31) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

___ (32) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

___ (33) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

___ (34) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

___ (35) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

___ (36) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

___ (37)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631).

____ (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: (Contracting Officer check as appropriate.)

____ (1) 52.222-41, Service Contract Act of 1965, as Amended (JUL 2005) (41 U.S.C. 351, et seq.).

____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (NOV 2006) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $550,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (MAR 2007) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEP 2006) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (Jul 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil

(End of clause)

CONTRACT ADMINISTRATION
CONTRACT ADMINISTRATION

The Contract Administration Plan of this contract delineates duties and responsibilities for contract administration.

In no event will any understanding or agreement, contract modification, change order, or other matter deviating from the terms and conditions of this contract be effective or binding upon the Government unless formalized by a properly executed contractual document from the Contracting Officer.

**1. GOVERNMENT CONTRACTING PERSONNEL:**

a. The Contracting point(s) of contact for this contract will be the following:

**PCO/Administrative Contracting Officer:**
Theresa M Glasgow., theresa.glasgow@ngb.ang.af.mil
Office: 703-607-1267

**Address:**
National Guard Bureau (NGB-ZC-AQ)
1411 Jefferson Davis Highway, Suite 8100
Arlington, VA 22202-3231
Fax: 703-607-1742

b. All contracting actions and/or correspondence should be forwarded through the COR appointed in the contract schedule.

**2. CONTRACTING OFFICER'S REPRESENTATIVE (COR):**

a. The Contracting Officer has appointed the following individuals as the primary and alternate COR for this contract:

**Primary COR:**
Lonnie Thompson, lj.thompson@ng.army.mil.
Office: 703-607-7725
Fax: 703-607-7778

**Alternate COR:**
CW5 Mike Randall, michael.r.randall@ng.army.mil
Office: 703-607-1159

**Address:**
National Guard Bureau (NGB-AVS)
111 South George Mason Drive
Arlington, VA 22204
Fax: 703-607-7788

b. The COR will act as the Contracting Officer's representative for technical matters, providing technical direction and discussion as necessary with respect to the specification or statement of work, and monitoring the progress and quality of the contractor's performance. The COR is NOT an Administrative Contracting Officer (ACO) and does not have authority to take any action, either

directly or indirectly, that would change the pricing, quantity, quality, place of performance, delivery schedule, or any other term and condition of the contract, or to direct the accomplishment of effort that goes beyond the scope the statement of work in the contract.

c. When, in the opinion of the contractor, the COR requests efforts outside the existing scope of the contract, the contractor shall promptly notify the contracting officer in writing. No action shall be taken by the contractor under such direction until the contracting officer has resolved the issue or has otherwise issued a modification to the contract.

d. In the absence of the Primary COR named above (due to reasons such as leave, illness, official travel), all responsibilities and functions assigned to the Primary COR shall be the responsibility of the Alternate COR acting on behalf of the Primary COR.

PAYMENT INFORMATION

**1. INVOICE PREPARATION & SUBMITTAL (GENERAL):**

a. An invoice is a written request for payment under the contract for supplies delivered or for services rendered. In order to be proper, an invoice must include, as applicable, the following:

   i. Name and address of the contractor
   ii. Invoice Date
   iii. Contract Number, or other authorization for supplies delivered or services performed (including order number and contract line item number)
   iv. Name and address of contractor official to who payment is to be sent (must be the same as that in the contract or on a proper notice of assignment)
   v. Name (where practical), title, phone number and mailing address of person to notified in the event of a defective invoice.
   vi. Any other information or documentation required by other requirements of the contract (such as evidence of shipment)

b. Invoices shall be prepared and submitted in original and one copy, unless otherwise specified.

c. Invoices should match terms and CLIN structure of the contract for ease of payment by Defense Finance and Accounting Service (DFAS).

d. If the Contractor designates payment (check) due under this contract is for deposit to the contractor's account, the following information shall be provided:

   i. Name of Bank: ______________________________
   ii. ABA Routing Number: ______________________________
   iii. Bank Address: ______________________________
   iv. City/State/Zip Code: ______________________________
   v. Account Number: ______________________________

e. Receipt of payments by a representative of the above designated bank shall constitute a full accord and satisfaction of the Government's obligation under the contract to the extent of the amount of the payment made.

f. The government contract representative will certify all invoices for payment. The government will forward the certified invoice and all appropriate materials to the Defense Finance & Accounting Service (DFAS) for payment processing. For payment inquiries after submittal , please contact the DFAS Customer Service Desk at 888-332-7366 or visit the Vendor Pay Inquiry System at the following web address: http://www.dfas.mil/money/vendor/

g. Submit one copy of each invoice and each DD 250 to the Contract Specialist named in the contract file under Contract Administration.

**2. INVOICE PREPARATION & SUBMITTAL (SPECIFIC):**

The Contractor shall submit documentation that sufficiently supports the amount claimed for payment, in accordance with paragraphs below:

3. The Contractor shall submit an original and one copy of invoices and a completed, DD 250, Material Inspection and Receiving Report. The original invoice and DD 250 will be sent to the Administrative Contracting Officer listed in the contract schedule. A copy of the invoice and DD 250 will be sent to the Contracting Officer's Representative (COR) identified in the contract schedule. Invoice may be submitted after completion of contract milestone requirements. DD 250 should be completed according to the contract CLIN structure. The Contracting Officer will certify the DD 250 for payment within the allowable timeframe established in the Prompt Payment Act as amended and submit to the designated payment office listed in the Task Order. The COR will retain a copy of the DD 250 for record purposes.

4. The final invoice on this Task Order shall contain the following statement:

   RELEASE OF CLAIMS:

   Upon acceptance and payment of this final invoice, the Government is hereby released from all claims arising by virtue of this Task Order, other than claims in the stated amounts indicated below: (Contractor shall list all claims, if any. If none, so state.)