# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|
| J | 1 of 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| ..002 | 22-Aug-2007 | MIPR7FDAT9MG42 | |

6. ISSUED BY CODE W9133L

NGB-ZC-AQ - W9133L
1411 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-3231

7. ADMINISTERED BY (If other than item 6) CODE

See Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)

CODE FACILITY CODE

| | |
|---|---|
| X | 9A. AMENDMENT OF SOLICITATION NO. W9133L-07-T-0033 |
| X | 9B. DATED (SEE ITEM 11) 09-Aug-2007 |
| | 10A. MOD. OF CONTRACT/ORDER NO. |
| | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer [X] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

[ ] D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

A. The purpose for this amendment is to add information in the Performance Specifications. Also the Closing date is now 4 Sept 07.

B. All other terms and conditions of this solicitation remains the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AN[D TITLE OF CONTRACTING O]FFICER (Type or print) TEL: | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED ST[ATES OF AMERICA] BY (Signature o[f Contracting Officer]) | 16C. DATE SIGNED 22-Aug-2007 |

PLAINTIFF'S EXHIBIT C
tabbies

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 30 - BLOCK 14 CONTINUATION PAGE

The following have been added by full text:

ANSWER TO QUESTIONS

1. "Are you referencing previously designed and in use full wrap around phase/depot level maintenance platforms?" YES

2. (MPS) – The railings on the platform shall provide complete fall protection around aircraft vertical stabilizer /tail rotor areas. "Does this stand have to provide simultaneous maintenance around the rear and both sides of the tail rotor or can one stand that can be easily moved from one side to the other be utilized?" The stand needs to provide simultaneous maintenance around the rear and both sides of the tail rotor.

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The required response date/time has changed from 30-Aug-2007 10:00 AM to 04-Sep-2007 10:00 AM.

The following have been modified:

PERFORMANCE SPECIFICATION

**Performance Specification**

**Phase Maintenance Platforms**

**PURPOSE**: This performance specification establishes the United States (US) Government's technical and performance requirements for the Phase Maintenance Platforms for the UH-60, CH-47, and AH-64

**Definitions:**

**MINIMUM PERFORMANCE STANDARDS (MPS)** Mandatory capabilities that are required to be offered in the candidate platform. Minimum Performance Standards shall not be traded against other technical or non-technical requirements in the offeror's proposal.

**THRESHOLD (T)** Capabilities that should be offered in the candidate platform in order to satisfy the end-user's requirements for safety, effectiveness, and suitability of the platform. Threshold capabilities may be traded against other technical and non-technical requirements in the offeror's proposal.

**MISSION DESCRIPTION**

The Phase Maintenance Platform is a system designed to facilitate required maintenance on AH-64 CH-47 and UH-60 aircraft while providing OSHA compliant safety standards and fall protection.

(MPS) The Phase Maintenance Platform will be used by aviation maintenance technicians operating during daylight, night, inclement weather, in field type conditions.

**SAFETY**

(MPS) The platform shall meet or exceed OSHA standards for work platforms.

(MPS) All deck hand railings and stair access railings must meet or exceed OSHA safety standards.

(MPS) The platform shall have non-skid surfaces on platform, stairs and ladders.

(T) The platform should have an integral fire extinguisher.

(T) The platform should have an integral grounding cable.

**PERFORMANCE**

(MPS) The platform shall be fitted to any side (forward, aft, port or starboard) of the aircraft to provide Fall Protection during aircraft maintenance and repair.

(MPS) The platform shall be designed for easy maneuverability by hand.

(MPS) The railings on the platform shall provide complete fall protection around aircraft vertical stabilizer / tail rotor areas.

(MPS) The platform shall be wired with electrical service with emergency shut-off.
(MPS) The platform shall have an air delivery system.

(T) The railings on the platform should permit rotation of tail rotor without removal.

(T) The platform should provide access to all areas of the aircraft (engines, nacelles, roof structure, rotor heads, etc.).

(MPS) The platform should caster and spin about the platform center axis for ease of placement and movement.

(MPS) The platform wheels must lock for stability and be height adjustable.

(MPS) The platform must be easily disassembled for storage and reassembly.

**CONSTRUCTION**

(MPS) The phase maintenance platform shall be a commercial, non-developmental item that is compliant with 29 CFR 1910.

(MPS) The platform deck shall be designed and built of high strength, lightweight structural aluminum with a uniform load rating of 1000 pounds minimum.

(MPS) The platform frame shall be designed to be stable and be easily disassembled for storage or shipping.

(MPS) Platform handrails shall be designed and constructed to provide stabile fall protection while maximizing ease of use; assembly, disassembly, and maximizes safety.

(MPS) The platform shall be designed and constructed to provide a stabile and level work surface.

(MPS) The platform handrails must provide complete fall protection around the vertical stabilizer / tail rotor areas of the aircraft.

(MPS) The platform surfaces facing and/or abutting aircraft must have cushioning to protect fuselage, i.e., vertical stabilizer and horizontal stabilator, etc.

(T) The platform handrails should be designed and constructed to allow rotation of aircraft tail rotor without removal or lowering of handrails (maintain fall protection).

(MPS) The platform shall be designed and constructed to easily caster within its own footprint for ease of placement and movement.

**DESIGN SPECIFICATIONS:**

If the platform(s) above is/are not currently available, the following will be provided by the vendor:

1. Time required to submit engineering drawings for NGB review.

2. Detailed engineering drawings complete with design specifications/dimensions, and detailed descriptions.

3. Lead times for delivery of required maintenance stands once NGB review/approval of engineering drawings has been conducted and provided to vendor.

(End of Summary of Changes)