Precision Lift™

September 3, 2007

Chief, National Guard Bureau (NGB-ZC-AQ)
Attn: Ms. Theresa M Glasgow
1411 Jefferson Davis Highway, Suite 8100
Arlington, VA 22202-3231

Reference Solicitation: W9133L-07-T-0033

Dear Ms. Glasgow:

Precision Lift, Inc. is honored to present the enclosed proposal and two copies for the reference solicitation.

Precision Lift Inc. is a HUBZone certified, Viet Nam Service Disabled Veteran Owned small business that has delivered, performed as program manager, or facilitated product improvement for over 200 maintenance platforms of the type listed in the solicitation over the past six years.

The proposal follows the instructions of the solicitation and includes detailed product information books (description, drawing, technical information) for each platform offered in this proposal (UH-60, AH-64 and CH-47) as Annexes to Part I: Technical.

All platforms offered are currently available on the US Government GSA Multiple Award Schedule Contract # GS-07F-9893H (without volume discount pricing). Pricing provided in this proposal incorporates volume for an order of 30 platforms as defined in the solicitation.

Precision Lift Inc. acknowledges compliance with all FARS/DFARS included by reference and full text.

We acknowledge and understand that you are the Procurement and Administrative Contracting Officer (PCO/ACO) for this contract; that Mr. Thompson and CW5 Randall are your Representatives (CORs) and aware of the differences between your duties, responsibilities and authorities.

We acknowledge the requirements outlined in the Payment Information section of the Solicitation for invoice preparation and submittal.

Please contact me if you need any additional information.

Sincerely,

John Tollenaere

John Tollenaere
President

130 South Oak Pointe Drive, Seneca, SC 29672
T: (864) 985-0804 F: (864) 985-0881 www.precisonliftinc.com

PLAINTIFF'S EXHIBIT
D

Precision Lift, Inc.



**Part Number I: Technical**

**Solicitation Number: W9133L-07-T-0033**

**Offerer:**
**Precision Lift Inc.**
**130 South Oak Pointe**
**Seneca, SC 29672**
**(864)985-0804**

**Table of Contents**
**Part I: Technical**

GENERAL .......... 1
SAFETY CONSIDERATIONS .......... 1
PERFORMANCE CONSIDERATIONS .......... 1
CONSTRUCTION CONSIDERATIONS .......... 2
DESIGN SPECIFICATIONS: .......... 3
ANNEX A UH-60 Maintenance Platform Product Information .......... Enclosed
ANNEX B AH-64 Maintenance Platform Product Information .......... Enclosed
ANNEX C CH-47 Maintenance Platform Product Information .......... Enclosed

Precision Lift, Inc.

Part I – Technical

## GENERAL

The Phase Maintenance Platforms offered by Precision Lift Inc. (PLI) are independent systems designed to facilitate required maintenance on AH-64 CH-47 and UH-60 aircraft while providing Occupational Safety and Health Administration (OSHA) compliant safety standards and fall protection. PLI Phase Maintenance Platforms can be used by Army National Guard aviation maintenance technicians operating during daylight, night and all-weather conditions.

PLI Phase Maintenance Platforms are currently in wide use by the Army National Guard, Army, and DoD. We have delivered over 200 aircraft phase and RESET level maintenance platforms and have wide spread commonality and acceptance from the OEM to the user community.

Over 200 technically compliant – currently available – fielded fall protection platforms.

## SAFETY CONSIDERATIONS

PLI Phase Maintenance Platforms meet or exceed OSHA standards for work platforms. The deck hand railings and stair access railings also meet or exceed OSHA safety standards. All platforms have non-skid, Safety-Tread® brand surfaces on all platform decks, stairs and ladders.

Each platform has an integral grounding cable.

## PERFORMANCE CONSIDERATIONS

All PLI Phase Maintenance Platforms have been custom fitted to the sides of the aircraft to provide Fall Protection during aircraft maintenance and repair. The platforms provide unrestricted access to all areas of the aircraft (engines, nacelles, roof structure, rotor heads, etc.).

The platforms are designed for easy maneuverability by hand. The industrial quality caster assemblies allow the platform to spin about the center axis for ease of placement and movement. The platforms have industrial quality, design specific, caster assemblies with integral adjustable screw jacks for ease of placement, horizontal and vertical adjustment and permit a precise fit to the aircraft. The platform caster assemblies easily lock for stability and are height adjustable.

Decking sections are fitted with sliders that provide a snug fit to the aircraft following aircraft structural contours. The sliders have a positive lock/unlock feature, are not dependent on auxiliary electrical power or pneumatics to lock/unlock to maintain OSHA

compliant fall protection standards. This was a considerable customer preference from AMCOM in our 2004/2005 contract. Slider locking system upgrades include replacement of former "T-Handles" with knurled knobs. The sliders and other parts of the platforms that mate up with aircraft surfaces use soft, rubber type material with durometer ratings of 50 designed specifically for use with sensitive aircraft surfaces. Bumpers commonly found in similar applications often use denser materials and have the potential to damage aircraft surfaces.

The railings on the PLI platforms provide complete fall protection around aircraft aft pylon / vertical stabilizer / tail rotor areas and permit rotation of the aircraft main and tail rotors without removal of the platform or the railings.

PLI Phase Maintenance Platforms are wired with UL® electrical service with emergency shut-off and are plumbed with an pneumatic delivery system for pressurized air.

Using the detailed user's guide, platforms are easily disassembled for storage and reassembly.

| Platforms designed and constructed with over six years of warfighter/maintainer input. |
|---|

**CONSTRUCTION CONSIDERATIONS**

PLI Phase Maintenance Platforms are commercial, non-developmental items, currently in wide use within the Army National Guard and the U.S. DoD. The platforms are fully compliant and exceed most standards within OSHA 29 CFR 1910.

The platform decks are designed and built of high strength, lightweight structural aluminum with a uniform load rating that exceeds the 1000 pound minimum requirement defined in the solicitation. The platforms are designed, validated through finite element analysis, and then constructed to provide a stable and level work surface using industrial screw jacks and caster assemblies. The finite element analysis is provided in the product description book for each platform.

The platform frames are designed to be stable in use and are easily disassembled for storage or shipping using the detailed user guide provided with each platform.

Platform handrails are designed and constructed to provide reliable fall protection, focusing on safety while maximizing ease of use, assembly, and disassembly. The platform handrails provide complete fall protection around the vertical stabilizer / tail rotor areas of the aircraft. The platform handrails permit rotation of aircraft main and tail rotors without removal of handrails.

All platform surfaces facing and/or abutting aircraft have cushioning material specified to protect fuselage and aircraft structures, e.g., vertical stabilizer, horizontal stabilator, stub

Precision Lift, Inc.



wings, avionics bays, sponsons, etc. The sliders and other parts of the platforms that mate up with aircraft surfaces use soft, rubber type material with durometer ratings of 50 designed specifically for use with sensitive aircraft surfaces. Bumpers commonly found in similar applications often use denser materials and have the potential to damage aircraft surfaces.

The platform is designed and constructed to easily caster within its own footprint for ease of placement and movement.

All platforms are delivered with a three year warranty. Specifics on the warranty are defined in the product information book for each platform found in Part I: Technical.

**DESIGN SPECIFICATIONS:**

All PLI Phase Maintenance Platforms in this offering are currently in wide use by the Army National Guard, Army, and DoD. All platforms listed in this solicitation are currently available through PLI's GSA Multiple Award Schedule # GS-07-9893H.

Since the platforms are currently in use and available in the GSA MAS. There is no additional time required for design, drawing or modification approval.

Lead times for delivery of required maintenance stands once NGB awards the contract are as follow and depicted in the chart below. Four weeks for the first CH-47 platform and then delivery of one platform every week thereafter until delivery is complete. See the following table.

**Weeks ARO**

| Platform | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CH-47 | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | 1 | | | 1 | | | | | | | | 7 |
| AH-64 | | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | 1 | | | 1 | | 1 | | | | | 8 |
| UH-60 | | | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | 1 | | | 1 | | 1 | 1 | 1 | 1 | 11 |
| UH-60Tail | | | | | | | 1 | | | | 1 | | | | 1 | | | | 1 | | | | | | | | | | | | | | | 4 |

Technically superior, low risk, OSHA compliant fall protection solutions for the ARNG.

Precision Lift, Inc.



## Part Number II: Past Performance

## Solicitation Number: W9133L-07-T-0033

**Offerer:**
**Precision Lift Inc.**
**130 South Oak Pointe**
**Seneca, SC 29672**
**(864)985-0804**

**Table of Contents**
**Part II: Past Performance**

General Past Performance ........ 1
Specific Past Performance ........ 2

Precision Lift, Inc.

Part II – Past Performance

## General Past Performance

Precision Lift Inc. (PLI), incorporated in 1990 as an aviation services and products company, has over six years experience providing phase, RESET and production type maintenance platforms to the Army National Guard and Department of Defense.

The platforms PLI has delivered are the industry leaders in product consistency and commonality from the OEM to the warfighter/maintainer in Army National Guard and Army aviation facilities in CONUS, Afghanistan, Iraq and Korea.

During this time, PLI has assumed a lead role as a customer advocate matching user requirements and a variety of technically superior maintenance platform products promoting fall protection for aircraft maintainers throughout the National Guard.

With the input of our customer base, PLI has pushed its manufacturers and PLI's engineering staff into a continual product improvement cycle. By listening to our customers we have led the design and develop initiative for RESET level platforms facilitating RESET and mobilization/demobilization maintenance. Working with the Corpus Christi Army Depot, PLI and our manufacturers developed the AH-64 and UH-60 production type platforms to refine lean production processes. PLI and WCWT engineers have been able to strengthen the design, improve utility and safety systems and meet the changing requirements without auxiliary electrical, hydraulic or pneumatic systems.

Precision Lift maintenance platforms are used for aviation maintenance training at the Eastern Army National Guard Aviation Training Site (EAATS), Boeing, Flight Safety International and Sikorsky Aircraft Corporation.

Based on input from our customer base, PLI has developed small field deployable maintenance platforms. The field platforms address an unfunded AMCOM requirement and are common to a number of airframes. The design has limited hardware for a low FOD signature and ease of use. These platforms are OSHA compliant, easily broken down and assembled, tow capable and employ levelers for uneven terrain. The field platforms fit into either an ISU-90 or Clip-Lok reusable container.

Precision Lift offers phase type maintenance platform products for other aircraft like the OH-58, UH-1, UH-72, Mi-8/17, HH-53, F-16, F-22, C-130 and KC-135.

| Solid Past Performance = Ability to Perform = Low Program Risk |
| --- |

**Specific Past Performance**

Customer: Corpus Christi Army Depot, Corpus Christi, TX.
Year of Award: 2004
Contract number: W912NW-04F-0111
POC: Brad Bonham (361) 961-3913 bradley.bonham@us.army.mil
Items: 10 UH-60 Platforms
Summary: Development, production, delivery and set up of 10 UH-60 platforms.

Customer: U.S. Army Aviation and Missile Command, Redstone Arsenal, AL.
Solicitation Number: WSBRGZ-04-F-0012
Year of Award: 2004
POC: Carla Bean (256) 842-7385 [carla.bean@redstone.army.mil ]
Items: 6 AH-64 Platforms
7 CH-47 Platforms
7 UH-60 Platforms
Summary: Production, delivery and set up of 20 platforms at various locations for AMCOM.

Customer: 4-159th AVIM Bn, Camp Anaconda, Balad Air Base, Iraq
Solicitation Number: W27P4E-05-F-2048
Year of Award: 2005
POC: Wendi Toyama Unknown Phone [wendi.toyama@us.army.mil]
Items: 2 CH-47 Platforms
3 UH-60 Platforms
Summary: Production and shipment of 5 platforms to support OIF.

Customer: National Guard Bureau (NGB-ZC-AQ)
Solicitation Number: W9133L-05-F-0218
Year of Award: 2005
POC: Mark Hensel (703) 607-7728 [mark.hensel@ngb.army.mil]
Items: 6 AH-47 Platforms
13 UH-60 Platforms
5 UH-60 Tail Section Platforms
Summary: Production, delivery and set up of 24 platforms at various locations for the Army National Guard.

Precision Lift, Inc.

**Part II – Past Performance**

Customer: Corpus Christi Army Depot, Corpus Christi, TX.
Year of Award: 2007 Deliveries in progress and ahead of schedule
Contract number: GS-07F-9893H, Delivery Orders AF700063467155 and A5290071597435
POC: Brad Bonham (361) 961-3913 bradley.bonham@us.army.mil

| | | |
|---|---|---|
| Items: | 1 | AH-64 Platform |
| | 4 | UH-1 Platforms |
| | 10 | UH-60 Platforms |

Summary: Follow on contract for production, delivery and set up of 15 platforms.

Precision Lift, Inc.



Part Number III: Cost

Solicitation Number: W9133L-07-T-0033

Offerer:
Precision Lift Inc.
130 South Oak Pointe
Seneca, SC 29672
(864)985-0804

**Table of Contents**
**Part III: Cost**

Definition of Deliverables .......... 1
Warranty .......... 1
Pricing .......... 1

Precision Lift, Inc.

**Part III – Cost**

## Definition of Deliverables

Per the requirements of the referenced solicitation, Precision Lift Inc. will deliver the following products defined by Precision Lift product numbers:

| Solicitation Product | PLI Product Number |
|---|---|
| UH-60 Phase Maintenance Platform | PWHMS 200 |
| UH-60 Phase Maintenance Platform (Tail Section Only) | PWHMT 202 |
| CH-47 Phase Maintenance Platform | PWHPS 400B |
| AH-64 Phase Maintenance Platform | PWHMP 304 |

Specific product descriptions can be found as annexes to Part I (Technical) of this response.

Each platform is delivered FOB destination and includes:

- Set up after delivery
- Safety and operations briefings
- A detailed user's guide
- Three year warranty
- Sufficient source documentation for Program Management at NGB

## Warranty

All platforms are delivered with a three year warranty. Specifics on the warranty are defined in the product information book for each platform found in Part I: Technical.

## Pricing

Pricing offered is represents a 6.0 % discount from current pricing offered on GSA Multiple Award Schedule pricing based on the referenced solicitation for an order of 30 platforms.

| Product Number | Description | Unit Sales Price | Qty. | Total Solicitation Price |
|---|---|---|---|---|
| PWHMS 200 | UH-60 Phase Maintenance Platform | $78,690.00 | 11 | $865,592.00 |
| PWHMT 202 | UH-60 Phase Maintenance Platform (Tail Section Only) | $41,166.00 | 4 | 164,665.00 |
| PWHPS 400B | AH-64 Phase Maintenance Platform | $75,892.00 | 8 | 607,135.00 |
| PWHMP 304 | CH-47 Phase Maintenance Platform | $141,162.00 | 7 | 988,132.00 |
| TOTAL PRICE | | | | $2,625,524.00 |

Competitive Pricing + Superior Technical Products + Solid Past Performance = Best Value Offering