NGB-ZC-AQ

24 September 2007

MEMORANDUM FOR RECORD

Subject: Notification of Award of Contract for Fall Protection Platforms W9133L-07-T-0033

Dear John Tollenaere (Precision Lift),

Thank you for your interest in the above referenced project for the National Guard Bureau. Your proposal was considered but was not selected for award. Award has been made to Spika Welding and Manufacturing, 2035 Curley Road, Moccasin, MT 59462. The award amount is $2,704,000.00.

In accordance with FAR 15.506, you may request a post award debriefing by submitting a written request along with your questions for debriefing to CPT Theresa Glasgow within 3 days after receipt of this notice. Debriefings may be done orally or in writing, or any other method acceptable to the Contracting Officer. For this award the Contracting Officer has elected to use the written method for these Debriefings. Again, when you request a debriefing please include all your questions.

At a minimum, the debriefing information shall include – (1) The Government's evaluation of the significant weaknesses or deficiencies in the offeror's proposal, if applicable; (2) The overall evaluated cost or price (including unit prices), and technical rating, if applicable, of the successful offeror and the debriefed offeror, and past performance information on the debriefed offeror; (3) A summary of the rationale for award; (4) Reasonable responses to relevant questions about whether source selection procedures contain in the solicitation, applicable regulations, and other applicable authorities were followed.

The debriefing shall not include point-by-point comparisons of the debriefed offeror's proposal with those of other offerors. Moreover, the debriefing shall not reveal any information prohibited from disclosure by FAR 24.202 or exempt form release under the Freedom of Information Act (5 U.S.C. 552) including – (1) Trade secrets; (2) Privileged or confidential manufacturing processes and techniques; (3) Commercial and financial information that is privileged or confidential, including cost breakdowns, profit, indirect cost rates, and similar information; and (4) The names of individuals providing reference information about an offeror's past performance.

THERESA M GLASGOW
CPT, NGB
Contracting Officer

PLAINTIFF'S EXHIBIT E