Windows Live™

# FW: New Information

From: **John Tollenaere** (jtollenaere@precisionliftinc.com)
Sent: Thu 5/08/08 2:08 PM
To: Marc Lamer (kostos_lamer@msn.com)
Cc: 'Greg Hilewitz' (ghilewitz@precisionliftinc.com)
Attachments: UMX10.pdf (231.3 KB), UMX10 with Blackhawk B.pdf (233.2 KB), UMX10 with Blackhawk F.pdf (285.3 KB) Security scan upon download TREND MICRO

Marc,

John Gorman from the NC-ARNG sent us this email from Sheila Croff. Notice her title and statement "recently sold these to Lockheed Martin...."

John

John Tollenaere, President
Precision Lift, Inc.
864.985.0804 Office
864 985 0881 Fax
864.723.2223 Cell
jtollenaere@precisionliftinc.com
www.precisionliftinc.com
Vietnam Service Disabled Veteran Owned Small Business
HUB Zone Qualified Company

-----Original Message-----
From: Gorman, Jonathan CW3 NGNC [mailto:jonathan.p.gorman@us.army.mil]
Sent: Friday, July 13, 2007 11:45 AM
To: dadkins@precisionliftinc.com
Subject: FW: New Information

FYI

-----Original Message-----
From: Sheila Croff [mailto:sheila@spikawelding.com]
Sent: Thursday, July 12, 2007 5:18 PM
To: Gorman, Jonathan CW3 NGNC
Subject: New Information

John,

I wanted to update you on a manufacture that builds platforms. I have attached a PDF of a universal stand. We have recently sold these to Lockheed Martin and Sikorsky. If you have any questions after you review, please let me know.

I wanted to update you on my status. Precision Lift in Montana closed the middle of May and I am with Spika Welding. You had inquired about the OH-58 stands. Although this platform would be too tall for the OH-58, it

PLAINTIFF'S EXHIBIT F

can be scaled down or up to work on any aircraft.

Look forward to hear from you.

Sheila

Sheila Croff

Director of Marketing & Sales

sheila@spikawelding.com

406-236-5323 W

406-781-7647 C





