

PLAINTIFF'S EXHIBIT
G





