# DEPARTMENTS OF THE ARMY AND AIR FORCE

NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

REPLY TO ATTENTION OF

NGB-ZC-AQ

1 October 2007

Mr. John Tollenaere
130 South Oak Pointe Drive
Seneca, SC 29672

Dear Mr. Tollenaere:

Reference:

1. MEMORANDUM FOR RECORD; Subject: Notification of Award of Contract for Fall Protection Platforms W9133l-07-T-0033; dated 24 September 2007; signed by Theresa M Glasgow, CPT, NGB, Contracting Officer

2. Letter, Precision Lift, Inc, Subject: W9133L-07-T-0033 Request for Debriefing, dated 25 September 2007; signed by John Tollenaere, President

In accordance with Federal Acquisition Regulation (FAR) 15.506 (d) and reference 2 above the following information is provided.

(1) The government's evaluation of the proposal submitted by Precision Lift did not contain any significant weaknesses or deficiencies. The proposal submitted by Precision Lift did not contain any weaknesses or deficiencies, significant or otherwise.

(2) The overall evaluated price (including unit prices), and technical rating, if applicable, of the successful offeror and the debriefed offeror, and past performance information on the debriefed offeror.

2.1 The overall evaluated price (including unit prices) of the successful offeror (Spika) and Precision Lift

| ITEM NO. | Supplies/Services | Spika Unit Cost | Spika Total Amount | Precision Lift Basic Price Total Amount |
|---|---|---|---|---|
| | Fall Protection Maintenance Platform System per the Performance Specification | | | |
| 0001 | CH-47 | $150,000. | $1,050,000. | $988,132 |
| 0002 | UH-60 | $86,000 | $946,000. | $866,592 |
| 0003 | UH-60 Tail Sections | $39,000 | $156,000 | $164,686 |
| 0004 | AH-64 | $69,000 | $552,000 | $807,135 |
| | TOTAL | $344,000.00 | $2,704,000.00 | $2,825,524 |



PLAINTIFF'S EXHIBIT
4

Subject: Debriefing for Precision Lift Enterprises, LLC

2.2 The technical rating of the successful offeror (Spika) was Very Good and the technical rating of Precision Lift was Good. The past performance risk assessment for the successful offeror (Spika) was Low Risk and the past performance risk assessment for Precision Lift was Low Risk.

2.3 No overall ranking of the offerors was developed during source selection by the agency.

2.4 Your proposal was determined to be in the competitive range however, it was not selected for award. The platforms proposed by Spika exceeded requirement utilizing an advanced interlocking alignment pin system which was determined to provide greater strength, support and safety than that proposed by Fernandez. The Performance Specification definitions sated that "Threshold capabilities may be traded against other technical and non-technical requirements..." In analyzing the tradeoff of the additional cost to the government against the benefit of this interlocking alignment pin system it was determined to be in the government's best interest to make the award to Spika.

2.5 The make and model numbers of the items to be delivered by the successful offeror as shown in the design drawings contain Proprietary and Confidential markings and cannot be released by the government.

Your letter referenced in 2 above contained some very specific questions which are addressed below:

1) The solicitation specified that the design specifications would be used in the technical evaluation of the Performance Specification.

2) An evaluation of the design indicates the measurement specifications comply with the Performance Specification.

3) A documented Finite Element Analysis was not a requirement of the technical evaluation as the platforms are required to build to OHSA standards.

4) Positive: LW Aluminum materials outlined in the design exceed the minimum load bearing and tensile strengths required. Negatives: None noted

5) The scoring rationale used for the technical proposal was as shown in the solicitation.

6) Offeror's comparison indicated extruded LW Aluminum extended to be used for planking; creating a non-skid High strength-to-weight ratio, result is a very strong part with relatively low weight. 10 inch casters to be used instead of 8 inch casters. Cranks are designed specifically for the stands versus boat trailer cranks.

7) The scoring rationale used for the past performance evaluation was as shown in the solicitation

8) There were no added value allowances from any offeror considered outside of the solicitation requirements.

9) The GSA Federal Supply Schedules are considered to be "optional" for the DOD. The procedures that were followed to make the decision as to whether to use the FSS's or not were in compliance with FAR 8.4 and DFARS 8.4. That is unless there is an adequate justification for a sole source acquisition, contracting officers must consider reasonably available information by reviewing at least three schedule contractors.

Subject: Debriefing for Precision Lift Enterprises, LLC

10) Subject solicitation was awarded to Spika Welding & Mfg on 15 September 2007.

I appreciate your effort in responding to our proposal and encourage you to submit proposals on future National Guard bureau requirements.

If you have any questions, please contact me at 703-607-1267 or Theresa.glasgow@ngb.ang.af.mil

Sincerely,

THERESA M. GLASGOW
CPT, NGB
Contracting Officer