**UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE**
**OFFICE OF THE GENERAL COUNSEL**
**PROCUREMENT LAW DIVISION**
**Washington, D.C. 20548**

**Matter of:** **Precision Lift, Inc.**

**File:** **B-310540**

**Agency:** **Department of the Army**

**Declaration Under Penalty Of Perjury**

I, John Tollenaere, declare, under penalty of perjury, that the following is true and correct, to the best of my knowledge, information and belief.

1. I am the President of Precision Lift, Inc. ("PLI") and am authorized to make this declaration on its behalf.

2. PLI's attorney in the above-referenced protest, Marc Lamer, has asked that I respond to certain questions, as follows:

a) *Are you familiar with a contract designated W9133L-05-F-0218?*

Answer: I am familiar with Contract W9133L-05-F-0218 ("Contract 0218"); that was a contract awarded to PLI by the Army National Guard Bureau for Trailers and UH-80 Maintenance Platforms. A copy of Contract 0218 is attached hereto as Exhibit "A."

b) *How did PLI provide the required products under contract 0218?*

Answer: PLI subcontracted the production of the trailers to Spika Welding and Manufacturing, Inc. ("Spika") and the maintenance platforms to West Coast Weld Tech, Inc. ("WCWTI"). Copies to the purchase orders issued by PLI to Spika and

PLAINTIFF'S EXHIBIT J

WCWTI, showing the products each was contracted to produce, are attached hereto as Exhibits "B" and "C."

c) *Did PLI successfully complete Contract 0218?*

Answer: Yes.

d) *Were any of the maintenance platforms delivered by PLI under Contract 0218 manufactured by Spika?*

Answer: No.

e) *Referring now to the procurement at issue in the instant protest (W9133L-07-P-0205), did anyone from the Army National Guard Bureau contract PLI concerning the manufacturer of the maintenance platforms delivered of PLI under the Contract 0218?*

Answer: No.

Signed under penalty of perjury of this 12th day of November, 2007 at Seneca, South Carolina.

John Tollenaere

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 14

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMMDD) | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| GS-07F-9893H | W9133L-05-F-0218 | 2005 Sep 13 | W81RUP-5207-1080 | |

**6. ISSUED BY** CODE W9133L
NGB-ZC-AQ - W9133L
1411 JEFFERSON DAVIS HWY
ARLINGTON VA 22202-3231

**7. ADMINISTERED BY** (if other than 6) CODE
SEE ITEM 6

**8. DELIVERY FOB**
[X] DESTINATION
[ ] OTHER
(See Schedule if other)

**9. CONTRACTOR** CODE 1KJ35 FACILITY 1KJ35
NAME AND ADDRESS
PRECISION LIFT INC
CHRIS CROFF
4765 US HIGHWAY 89
MONARCH MT 59463-3972

**10. DELIVER TO FOB POINT BY (Date)** (YYYYMMMDD)
SEE SCHEDULE

**11. MARK IF BUSINESS IS**
[X] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

**12. DISCOUNT TERMS**
Net 30 days

**13. MAIL INVOICES TO THE ADDRESS IN BLOCK**
See Item 15

**14. SHIP TO** CODE SCHED1
SEE SCHEDULE
N/A
N/A AA N/A

**15. PAYMENT WILL BE MADE BY** CODE HQ0335
DFAS-LEXINGTON-HQ0335
5751 BRIAR HILL ROAD, BLDG 1
LEXINGTON KY 40516-9721

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**

| | | |
|---|---|---|
| DELIVERY/ CALL | X | This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract. |
| PURCHASE | | Reference your quote dated<br>Furnish the following on terms specified herein. REF: |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMMDD)

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

**17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE**
See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

24. UNITED STATES OF AMERICA
TEL: 703 607-1266
EMAIL: kay.hensen@ngb.ang.af.mi
BY: KAY HENSEN
CONTRACTING / ORDERING OFFICER

25. TOTAL $3,170,879.44
26. DIFFERENCES

**27a. QUANTITY IN COLUMN 20 HAS BEEN**
[ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
c. DATE (YYYYMMMDD)
d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

28. SHIP NO.
29. DO VOUCHER NO.
30. INITIALS

[ ] PARTIAL
[ ] FINAL

32. PAID BY

33. AMOUNT VERIFIED CORRECT FOR

f. TELEPHONE NUMBER
g. E-MAIL ADDRESS

31. PAYMENT
[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

34. CHECK NUMBER

36. I certify this account is correct and proper for payment.
a. DATE (YYYYMMMDD)
b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

LADING NO.

EXHIBIT A

Blumberg No. 5118

JCHER NO.

37. RECEIVED AT
38. RECEIVED BY
39. DATE RECEIVED (YYYYMMMDD)
40. TOTAL CONTAINERS
41. S

DD Form 1155, DEC 2001
PREVIOUS EDITION IS OBSOLETE.

Section B - Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 13 | Each | $76,235.91 | $991,066.83 |

UH-60 MAINTENANCE PLATFORM
FFP
Per contractor quote RFQ101155-JXR
MFR PART NR: PWHPS 200
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $991,066.83

ACRN AA Funded Amount $991,066.83

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 5 | Each | $40,142.03 | $200,710.15 |

UH-60 MAINTENANCE PLATFORM TAIL
FFP
Per contractor quote RFQ101155-JXR
MFR PART NR: PWHPT 202
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $200,710.15

ACRN AA Funded Amount $200,710.15

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 64 | Each | $527.64 | $33,768.96 |

HAND CONTROL FOR ELECTRIC LONG LINE
FFP
Per contractor quote RFQ101155-JXR
MFR PART NR: HC/ELL
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $33,768.96

ACRN AA Funded Amount $33,768.96

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 50 | Each | $17,458.68 | $872,934.00 |

16 FOOT TANDEM TRAILER
FFP
Specialized trailer for transport of HB modules. Per contractor quote RFQ101155-JXR
MFR PART NR: 16' TANDEM TRAILER
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $872,934.00

ACRN AA Funded Amount $872,934.00

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 70 | Each | $592.22 | $41,455.40 |

117 FOOT ELL GUARD
FFP
Line guard for 10k electric long line (120ft). Per contractor quote RFQ101155-JXR
MFR PART NR: 117' ELL GUARD
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $41,455.40

ACRN AA Funded Amount $41,455.40

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 151 | Each | $1,184.44 | $178,850.44 |

SS CABLE HARNESS
FFP
Stainless steel cable harness system for HB2000. Per contractor quote RFQ101155-JXR
MFR PART NR: SS CABLE HARNESS
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $178,850.44

ACRN AA Funded Amount $178,850.44

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 6 | Each | $142,015.61 | $852,093.66 |

RESET MODEL - COMPLETE SYSTEM
FFP
Per contractor quote RFQ101155-JXR
MFR PART NR: PWHPM 304
PURCHASE REQUEST NUMBER: W81RUP-5207-1000
PROJECT: AVS

NET AMT $852,093.66

ACRN AA Funded Amount $852,093.66

FOB: Destination
Suggested Contract Vehicle/GSA Schedule: GS-07F-9893H

Section E - Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |
| 0007 | Destination | Government | Destination | Government |

Section F - Deliveries or Performance

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | 12-OCT-2005 | 1 | SEE SCHEDULE<br>N/A<br>N/A AA N/A<br>FOB: Destination | SCHED1 |
| 0001 | 11-NOV-2005 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 11-DEC-2005 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 10-JAN-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-FEB-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-MAR-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-APR-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-MAY-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-JUN-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-JUL-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-AUG-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-SEP-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0001 | 12-OCT-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0002 | 11-NOV-2005 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |

| | | | | |
|---|---|---|---|---|
| 0002 | 10-JAN-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0002 | 12-MAR-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0002 | 12-MAY-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0002 | 12-JUL-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0003 | 11-NOV-2005 | 64 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-OCT-2005 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 11-NOV-2005 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 11-DEC-2005 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 10-JAN-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-FEB-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-MAR-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-APR-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-MAY-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-JUN-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-JUL-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-AUG-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-SEP-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0004 | 12-OCT-2006 | 2 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |

| | | | | |
|---|---|---|---|---|
| 0005 | 12-OCT-2005 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 11-NOV-2005 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 11-DEC-2005 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 10-JAN-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-FEB-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-MAR-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-APR-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-MAY-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-JUN-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-JUL-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-AUG-2006 | 6 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0005 | 12-SEP-2006 | 4 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-OCT-2005 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 11-NOV-2005 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 11-DEC-2005 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 10-JAN-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-FEB-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-MAR-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |

| | | | | |
|---|---|---|---|---|
| 0006 | 12-APR-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-MAY-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-JUN-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-JUL-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-AUG-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-SEP-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-OCT-2006 | 11 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0006 | 12-NOV-2006 | 8 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 11-NOV-2005 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 10-JAN-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 12-MAR-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 12-MAY-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 12-JUL-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |
| 0007 | 12-SEP-2006 | 1 | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | SCHED1 |

Section G - Contract Administration Data

## ACCOUNTING AND APPROPRIATION DATA

AA: 2152065000001810501110G110000031E1375VADW81RUP520710005VAD37044205
AMOUNT: $3,170,879.44

DELIVERY ORDER INSTRUCTIONS

1. **GOVERNMENT CONTRACTING PERSONNEL:**

a. The Contracting point(s) of contact for this contract will be the following:

**Administrative Contracting Officer:**
CPT Everett H. House, Jr., everett.house@ngb.ang.af.mil
Office: 703-607-1238

**Procuring Contracting Officer:**
LTC Kay F. Hensen, kay.hensen@ngb.ang.af.mil
Office: 703-607-1266

**Address:**
National Guard Bureau (NGB-ZC-AQ)
1411 Jefferson Davis Highway, Suite 8100
Arlington, VA 22202-3231
Fax: 703-607-1742

b. All contracting actions and/or correspondence should be forwarded through the COR appointed in the contract schedule.

2. **CONTRACTING OFFICER'S REPRESENTATIVE (COR):**

a. The Contracting Officer has appointed the following individuals as the primary and alternate COR for this contract:

**Primary COR:**
Mr. Mark Hensel, mark.hensel@ngb.army.mil
Office: 703-607-7728

**Alternate COR:**
CW5 Michael Randall, michael.randall@ngb.army.mil
Office: 703-607-7759

**Address:**
National Guard Bureau (NGB-AVS)
111 South George Mason Drive
Arlington, VA 22204
Fax: 703-607-7788

b. The COR will act as the Contracting Officer's representative for technical matters, providing technical direction and discussion as necessary with respect to the specification or statement of work, and monitoring the progress and quality of the contractor's performance. The COR is NOT an Administrative Contracting Officer (ACO) and does not have authority to take any action, either directly or indirectly, that would change the pricing, quantity, quality, place of performance, delivery schedule, or any other term and condition of the contract, or to direct the accomplishment of effort that goes beyond the scope of the Statement of Work (SOW) in the contract.

c. When, in the opinion of the contractor, the COR requests efforts outside the existing scope of the contract, the contractor shall promptly notify the contracting officer in writing. The contractor under such direction shall take no action until the contracting officer has resolved the issue or has otherwise issued a modification to the contract.

d. In the absence of the Primary COR named above (due to reasons such as leave, illness, official travel), all responsibilities and functions assigned to the Primary COR shall be the responsibility of the Alternate COR acting on behalf of the Primary COR.

3. INVOICE PREPARATION & SUBMITTAL:

a. An invoice is a written and/or electronic request for payment under the contract for supplies delivered or for services rendered. In order to be proper, an invoice must include, as applicable, the following:

   i. Name and address of the contractor
   ii. Invoice Date
   iii. Contract Number, or other authorization for supplies delivered or services performed (including order number and contract line item number)
   iv. Name and address of contractor official to who payment is to be sent (must be the same as that in the contract or on a proper notice of assignment)
   v. Name (where practical), title, phone number and mailing address of person to notified in the event of a defective invoice.
   vi. Any other information or documentation required by other requirements of the contract (such as evidence of shipment)

b. Invoices shall be prepared and submitted in original and one copy, unless otherwise specified.

c. Invoices should match terms and CLIN structure of the contract for ease of payment by Defense Finance and Accounting Service (DFAS).

d. If the Contractor designates payment (check) due under this contract is for deposit to the contractor's account, the following information shall be provided:

   i. Name of Bank: ______________________________
   ii. ABA Routing Number: ______________________________
   iii. Bank Address: ______________________________
   iv. City/State/Zip Code: ______________________________
   v. Account Number: ______________________________

e. Receipt of payments by a representative of the above-designated bank shall constitute a full accord and satisfaction of the Government's obligation under the contract to the extent of the amount of the payment made.

f. Submit one original of all invoices to the Paying Office in Block 15 of the contract schedule. Submit one copy of all invoices to the COR(s). The COR(s) will certify all invoices for payment. The COR(s) will forward the certified invoice and all appropriate materials to the Defense Finance & Accounting Service (DFAS) for payment processing. IMPORTANT: DFAS must receive electronic submittal from the contractor in compliance with DFARS 252.232-7003. For payment inquiries after submittal by the COR(s), please contact the DFAS Customer Service Desk at 859-293-4344 or visit the Vendor Pay Inquiry System at the following web address: http://www.dfas.mil/money/vendor/

g. Submit one copy of all invoices to the Contracting Officer.

4. **DELIVERY ORDER INSTRUCTIONS:**

a. **Bill To:** DFAS-LX
Bluegrass Station Building 1
5751 Briar Hill Road
Lexington, KY 40516-9721

b. **Ship To:** Shipping instructions will provided by the COR appointed in the contract schedule within 30 days of contract award date.

c. **Request for Quote (RFQ) Number ID:** RFQ101155 through GSA E-Buy

d. **Quotation Number ID:** RFQ101155-JXR

e. **GSA Federal Supply Schedule:** GS-07F-9893H

f. **Customer Name:** Army National Guard Aviation & Safety

g. **Notes:** Original invoice should be sent to Billing Office. Send one (1) copy of invoice to COR and one (1) copy of invoice to Contracting Officer.

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.204-7004 Alt A | Central Contractor Registration (52.204-7) Alternate A | NOV 2003 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |

CLAUSES INCORPORATED BY FULL TEXT

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

**BY REFERENCE CLAUSE WEBSITES:**

http://www.gpoaccess.gov/uscode/index.html

http://www.arnet.gov/far/

http://www.acq.osd.mil/dpap/dfars/

(End of clause)

**Precision Lift, Inc.**
130 South Oak Pointe Dr.
Seneca, S.C. 29672

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/29/2005 | 5157 |

RECEIVED IN FULL

| Vendor | Ship To |
|---|---|
| Spika Welding & Manufacturing<br>PO Box 82 HC 90<br>Moccasin, MT 59462 | See Schedule |

| Requested by | Terms | Due Date | | Ship Via |
|---|---|---|---|---|
| W9133L-05-F... | Net 30 | 10/29/2005 | | Surface |

| Item | Description | Qty | Rate | Customer | Amount |
|---|---|---|---|---|---|
| ELL Hand Cont... | Hand Control for ELL System | 64 | 315.00 | See Schedule | 20,160.00 |
| | Line Item 3 | | | | |
| | | | | **Total** | $20,160.00 |

EXHIBIT B
Blumberg No. 5118

**Precision Lift, Inc.**
130 South Oak Pointe Dr.
Seneca, S.C. 29672

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/29/2005 | 5156 |

RECEIVED IN FULL

| Vendor | Ship To |
|---|---|
| Spika Welding & Manufacturing<br>PO Box 82 HC 90<br>Moccasin, MT 59462 | See Schedule |

| Requested by | Terms | Due Date | | Ship Via |
|---|---|---|---|---|
| W9133L-05-F... | Net 30 | 10/29/2005 | | Surface |

| Item | Description | Qty | Rate | Customer | Amount |
|---|---|---|---|---|---|
| Tandem Trailer | Tandem Trailer 16' Aluminum Structure<br><br>Trailers are to be delivered 4/month with delivery to be completed Oct 12, 2006<br><br>Line Item 4 | 50 | 10,611.75 | See Schedule | 530,587.50 |

**Total** $530,587.50

**Precision Lift, Inc.**
130 South Oak Pointe Dr.
Seneca, S.C. 29672

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/26/2005 | 5153M |

| Vendor | Ship To |
|---|---|
| West Coast Weld Tech<br>27424 -52nd Avenue<br>Langley, BC V4W 4B2<br>Sheerie Keller | See Schedule |

| Requested by | Terms | Due Date | | Ship Via |
|---|---|---|---|---|
| W9133L05F0... | Net 30 | 10/12/2006 | | Surface |

| Item | Description | Qty | Rate | Customer | Amount |
|---|---|---|---|---|---|
| PWHPS 200 | Complete UH-60 Phase Maintenance Platform for Front and Tail Section of Helicopter<br><br>Deliver to:<br>North Little Rock, AR 10/12/05<br>Brookville, FL 11/11/05<br>Winder, GA 12/11/2005<br>Waterloo, IA 1/10/06<br>Peoria, IL 2/12/06<br>Salina, KS 3/12/06<br>Bangor, ME 4/12/06<br>Fresno, CA 5/12/06<br>Annville, PA 6/12/06<br>Los Alamitos, CA 7/12/06<br>Los Alamitos, CA 8/12/06<br>Pineville, LA 9/12/06<br>Grand Ledge, MI 10/12/06<br><br>Line Item 1 | 13 | 61,145.00 | See Schedule | 794,885.00 |
| | | | | **Total** | $794,885.00 |

EXHIBIT C
Blumberg No. 5118

**Precision Lift, Inc.**
130 South Oak Pointe Dr.
Seneca, S.C. 29672

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/26/2005 | 5154 |

RECEIVED IN FILE

| Vendor | Ship To |
|---|---|
| West Coast Weld Tech<br>27424 -52nd Avenue<br>Langley, BC V4W 4B2<br>Sheerie Keller | See Schedule |

| Requested by | Terms | Due Date | | Ship Via |
|---|---|---|---|---|
| W9133L05F0... | Net 30 | 7/12/2006 | | Surface |

| Item | Description | Qty | Rate | Customer | Amount |
|---|---|---|---|---|---|
| PWHTP 202 | UH-60 Tail Rotor Platform for Tail Section of Helicopter, includes Lower Level Platform for Access to Drive Shaft and Intermediate Gear Box<br><br>Buckley AFB, CO 11/11/05<br>Frankfort, KY 1/10/06<br>Salem, OR 3/12/06<br>South Burlington, VT 5/12/06<br>Wheeling, WV 7/12/06<br><br>Line Item 2 | 5 | 32,195.00 | See Schedule | 160,975.00 |
| | | | | **Total** | $160,975.00 |

**Precision Lift, Inc.**
130 South Oak Pointe Dr.
Seneca, S.C. 29672

# Purchase Order

| Date | P.O. No. |
|---|---|
| 9/26/2005 | 5152 |

RECEIVED IN FULL

| Vendor | Ship To |
|---|---|
| West Coast Weld Tech<br>27424 -52nd Avenue<br>Langley, BC V4W 4B2<br>Sheerie Keller | See Attached |

| Requested by | Terms | Due Date | | Ship Via |
|---|---|---|---|---|
| W9133L05F0... | Net 30 | 9/12/2006 | | Surface |

| Item | Description | Qty | Rate | Customer | Amount |
|---|---|---|---|---|---|
| PWHPM 304 | CH-47 Complete, left and rear<br><br>Deliver as follows:<br>Birmingham, AL 11/11/05<br>Savannah, GA 1/10/06<br>Schofield Barracks, HI 3/12/06<br>Pendleton, OR 5/12/06<br>Helena, MT 7/12/06<br>Peoria, IL 9/12/06<br><br>Line Item 7 | 6 | 113,905.00 | FY'05 Appropr... | 683,430.00 |
| | | | | **Total** | $683,430.00 |