**DEPARTMENTS OF THE ARMY AND AIR FORCE**
NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

21 November 2007

FROM: National Guard Bureau (CPT Glasgow)

MEMORANDUM FOR: CPT Robert B. Nelson,
HQ, US Army Legal Services,
Contract and Fiscal Law Division, Team III,
901 North Stuart Street, Suite 500,
Arlington, VA 22203

SUBJECT: Agency Response to Protest of Precision Lift Inc., B-310540

1. This memorandum is to inform you that I intend to take corrective action in response to the Government Accountability Office (GAO) protest of Precision Lift Inc, (PLI) concerning Solicitation W9133L-07-T-0033.

2. In response to PLI's protest, NGB intends to re-evaluate past performance, without conducting discussions, and conduct further research on the issue of whether the awardee's offer contains commercial non-developmental items. We will make a subsequent award determination based on these findings. If the new evaluation results in award to someone other than the current awardee, then NGB will terminate the current contract for convenience.

2. POC is the undersigned at (703) 607-1267.

THERESA M. GLASGOW
CPT, NGB
Contracting Officer

PLAINTIFF'S EXHIBIT
K