arc Lamer

om: "Staresina, Patrick R MAJ - NGB-ZC-AQ" <patrick.staresina@us.army.mil>
): <ghilewitz@precisionliftinc.com>
:: <kostos_lamer@msn.com>; "Butler, Edward "Patrick" CPT - JA" <Edward.Butler2@ng.army.mil>; "Staresina, Patrick R MAJ - NGB-ZC-AQ" <patrick.staresina@us.army.mil>; "McHenry, Kathryn E. LTC - Division Chief, Operational Contracting, NGB-ZC-AQ" <Kathryn.mchenry@us.army.mil>
Monday, March 31, 2008 7:50 PM
tach: Notice of Findings - Fall Protection Platforms.pdf
ıbject: Notice of Findings - Aviation Fall Protection Platforms (UNCLASSIFIED)

ssification: UNCLASSIFIED
/eats: FOUO

ference GAO Protest B-310540, please see the enclosed notice of findings the re-evaluation of the offers received in response to solicitation 133L-07-T-0033.

J Patrick Staresina

ief, Army Contracting Branch
erational Contracting
tional Guard Bureau
lassification: UNCLASSIFIED
veats: FOUO

PLAINTIFF'S EXHIBIT
tabbies
L

**DEPARTMENTS OF THE ARMY AND AIR FORCE**
NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

March 31, 2008

**REPLY TO**
**ATTENTION OF**
NGB-ZC-AQ

Precision Lift, Inc.
130 South Oak Point Drive
Seneca, SC 29672

Reference GAO Protest B-310540, the Government has now completed its corrective actions listed in the Memorandum dated 21 November 2007, and has conducted a re-evaluation of past performance of offers received in response to Solicitation W9133L-07-T-0033. Additionally, we have conducted an analysis of the technical evaluation of Spika Welding's proposal and the requirement for commercial non-developmental items.

Based on my integrated reassessment of all the proposals in accordance with the solicitation, I have determined that the offer submitted by Spika Welding and Manufacturing, Inc. remains the overall best value to the Government. As such, I have lifted the Work Suspension order today on Contract W9133L-07-P-0205 and issued a notice to proceed to Spika Welding and Manufacturing, Inc.

Since corrective action was taken and a re-evaluation was performed, I feel that PLI is fully entitled to a new debriefing in accordance with FAR 15.506. If you wish to receive a new debriefing, a written request must be received by the agency within 3 days after receipt of this notification. In accordance with FAR 15.506(b), debriefings of successful and unsuccessful offerors may be done orally, in writing, or by any other method acceptable to the contracting officer. In this case, I will provide a written debriefing.

Again, I would like to thank you for your participation in this solicitation and encourage you to continue to participate in other National Guard requirements in the future.

Sincerely,

Patrick R. Staresina
Major, National Guard Bureau
Contracting Officer