**Precision Lift, Inc.**

April 1, 2008

Chief, National Guard Bureau (NGB-ZC-AQ)
Attn: MAJ Patrick Staresina
1411 Jefferson Davis Highway, Suite 8100
Arlington, VA 22202-3231

Subject: W9133L-07-T-0033 Request for Debriefing

Dear MAJ Staresina:

Precision Lift, Inc. ("PLI") hereby requests a post-award debriefing in connection with the re-evaluation of a contract arising from the subject procurement to Spike Welding and Manufacturing, Inc. PLI submits that this request is timely, as it has received your March 31, 2008 letter of re-evaluation contract award, and requests that we receive the debriefing as soon as possible.

Questions:

1) What were the definitive positives and negatives between the PLI proposed platforms when measured against required specifications?
2) What part did a product design having a long standing proven delivery record (over 200 standardized design, safety proven maintenance platforms) to the National Guard and Army play into the technical evaluation over a competitor who has yet to produce and deliver a platform as of the proposal dates?
3) For offeror's designs not currently delivered, how did the evaluation of offeror's unfielded (prototype) designs assure that the platforms would actually fit the aircraft and provide the functionality required of the performance specifications?
4) What role did a documented Finite Element Analysis play in the technical evaluation and how much weight was given to it?
5) What evaluation criteria within the technical evaluation was applied to OSHA compliance? How did the government determine OSHA compliance of the offeror's platforms?
6) Was any critical comparison information or statements submitted by any offerors (e.g."... as compared to currently fielded platforms/products") and how was it related?
7) What was the specific scoring rational used for the past performance evaluation?
8) In past performance, was being a prime contractor versus a subcontractor or vendor given any consideration? How was that consideration evaluated and scored?

*130 South Oak Pointe Dr. Seneca, SC 29672 - Tel: 864-985-0804 - Fax: 864-985-0881*
*Email: jtollenaere@precisionli[...] Website: www.precisionliftinc.com*

PLAINTIFF'S EXHIBIT
M

9) If an offeror was a subcontractor, was the prime contractor contacted to determine deliverables and past performance in regard to that contract?

10) How were specific deliverables within each past performance contract referenced in the proposals determined to be relevant to the solicitation?

Kindly contact the undersigned at your earliest convenience to set the date and time for the debriefing.

Sincerely,

John Tollenaere
President

*130 South Oak Pointe Dr. Seneca, SC 29672 - Tel: 864-985-0804 - Fax: 864-985-0881*
*Email: jtollenaere@precisionliftinc.com - Website: www.precisionliftinc.com*