# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| PRECISION LIFT, INC. | * | |
| *Plaintiff,* | * | Case No. 08-500C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: July 11, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on July 11, 2008, the Court hereby establishes the following schedule:

The Government shall file their opposition to the Motion for Temporary Restraining Order on or before July 18, 2008. Plaintiff shall file its brief on the merits on or before July 28, 2008. The Government shall file its response on or before August 11, 2008, and Plaintiff shall file its reply on or before August 18, 2008.

The Court hereby **SCHEDULES** a hearing on the Temporary Restraining Order for Monday, July 21, 2008 at 2:00 p.m. in Courtroom 9, United States Court of Federal Claims, Washington D.C.

The Court further **SCHEDULES** oral argument for Tuesday, August 26, 2008 at 2:00 p.m. in Courtroom 9, United States Court of Federal Claims, Washington D.C.

The Court hereby **GRANTS** Defendant's request to file the Administrative Record on CD-ROM.

**It is so ORDERED.**

s/Loren A Smith
LOREN A. SMITH,
SENIOR JUDGE