IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION LIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-500 |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Scott Thomas Palmer, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Scott Thomas Palmer
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11032
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Scott Thomas Palmer
SCOTT THOMAS PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 307-6299
Facsimile: (202) 514-7969
E-mail: Scott.Palmer@usdoj.gov

Dated: July 13 , 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 13th day of July, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Scott Thomas Palmer