IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION LIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-500 C |
| | ) | (bid protest) |
| | ) | (Senior Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, defendant provides this notice that on July 15, 2008, it filed the administrative record of the proceedings regarding plaintiff's protest of the agency's award of the contract at issue in this matter on CD-ROM and providing one bound courtesy copy to chambers.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-6299
Fax. (202) 305-1517

July 16, 2008

Attorneys for Defendant