# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
PRECISION LIFT, INC. *
*Plaintiff,* *
v. * Case No. 08-500C
THE UNITED STATES, * Senior Judge Smith
*Defendant.* * Filed: July 22, 2008
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Friday, July 25, 2008 at 3:00 p.m.

**It is so ORDERED.**

s/Loren A Smith
LOREN A. SMITH,
SENIOR JUDGE