# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * 

| | | |
|---|---|---|
| PRECISION LIFT, INC. | * | |
| *Plaintiff,* | * | |
| | * | Case No. 08-500C |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: July 25, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * 

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference for Friday, July 25, 2008 at 3:15 p.m.

**It is so ORDERED.**

s/Loren A Smith
LOREN A. SMITH,
SENIOR JUDGE