# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| PRECISION LIFT, INC. | * | |
| *Plaintiff,* | * | |
| | * | Case No. 08-500C |
| v. | * | |
| | * | Senior Judge Smith |
| THE UNITED STATES, | * | |
| | * | Filed: July 25, 2008 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on July 25, 2008, the Court at this time must **DENY** Plaintiff's Motion for Temporary Restraining Order and must **DENY** Plaintiff's Motion for Preliminary Injunction.

The schedule that was established by previous Order still stands. Plaintiff shall file its brief on or before July 28, 2008. The Government shall file its response on or before August 11, 2008, and Plaintiff shall file its reply on or before August 18, 2008. Oral argument shall be held on Tuesday, August 26, 2008 at 2:00 p.m. in Courtroom 9, United States Court of Federal Claims, Washington D.C.

**It is so ORDERED.**

s/Loren A Smith
LOREN A. SMITH,
SENIOR JUDGE