**PROTECTED MATERIALTO BE DISCLOSED ONLY IN ACCORDANCE WITH U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRECISION LIFT, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 08-500C** |
| **v.** | : | |
| | : | **SENIOR JUDGE LOREN A. SMITH** |
| **THE UNITED STATES** | : | |
| | : | |
| **Defendant.** | : | |

**PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

Plaintiff Precision Lift, Inc. ("PLI") respectfully moves the Court for an Order allowing it to supplement the administrative record a second time. In this motion, PLI asks that the Court accept the Supplemental Declaration of John Tollenaere.

PLI's initial motion to supplement the administrative record asked the Court to allow the admission of PLI's contract with the U.S. Army Aviation & Missile Command ("AMCOM"), i.e., W58RGZ-08-D-0091. That contract, an indefinite delivery, indefinite quantity ("IDIQ") contract, is for platforms that also satisfy the requirements of the ones being procured by the Army National Guard Bureau ("ARNGB") in this case. PLI offered that contract to show that it is presently delivering the same platforms to AMCOM that it offered to the ARNGB, thereby showing that it is in a position to begin delivering platforms to the ARNGB in short order.

In response, Defendant has asked the Court to admit a second declaration from the contracting officer, Major Patrick Staresina. In, Major Staresina suggests that if the

Court prohibited the ARNGB from acquiring platforms from the awardee, it would be unable to receive platforms for extended period while PLI acquired materials and geared up to produce platforms for the ARNGB. In his supplemental declaration, Mr. Tollenaere, PLI's President, explains that PLI is currently delivering to AMCOM the same platforms that it offered the ARNGB (and has supplied to the ARNGB in the past). Thus it has the raw materials immediately available, to the point where iy can begin deliveries to the ARNGB in thirty (30) days, and then deliver at the rate of 6-8 platforms per month (the same rate at which the awardee is delivering).

WHEREFORE, Plaintiff Precision Lift, Inc. respectfully requests that its Second Motion To Supplement The Administrative Record be granted and the Supplemental Declaration of John Tollenaere be admitted into evidence. A copy of the Declaration is attached.

Respectfully submitted,

/s/ Marc Lamer____________
Marc Lamer
Attorney for Precision Lift, Inc.

August 22, 2008