**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PRECISION LIFT, INC.** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **No.** |
| **v.** | : | |
| | : | **JUDGE** |
| **THE UNITED STATES** | : | |
| | : | |
| **Defendant.** | : | |

**SUPPLEMENTAL DECLARATION OF JOHN TOLLENAERE**

I, John Tollenaere, declare under penalty of perjury that following is true and correct, to the best of my knowledge, information and belief.

1. I am the President of Precision Lift, Inc. ("PLI") and I am authorized to make this Supplemental Declaration on PLI's behalf.

2. I am advised by PLI's counsel, Marc Lamer, that the Government has submitted to the Court a declaration signed by Major Patrick Staresina ("the Staresina Declaration").

3. According to PLI's counsel, the Staresina Declaration raises several issues concerning PLI's contract with the U.S. Army Aviation & Missile Command ("AMCOM"), i.e., Contract W58RGZ-08-D-0091, including whether the platforms PLI is supplying to AMCOM thereunder are the same as those being purchased by the Army National Guard ("ARNGB") in this case.

4. The Staresina Declaration also questions whether the "quality" of the platforms PLI is supplying to AMCOM are comparable to those required by the ARNGB, since the

AMCOM solicitation provided for a "low price, technically acceptable" award versus the Best Value" procedure in the instant solicitation.

5. Finally, I understand that the Staresina Declaration suggests that ordering under PLI's AMCOM contract will entail significant delay, since that contract provides for 120 days lead times.

6. I understand that PLI's counsel offered the AMCOM contract, awarded in January of this year, to the Court in part to show that PLI is delivering platforms at this very moment and is in a position to respond quickly to the ARNGB's requirements.

7. At present PLI and its subcontractor have sufficient raw materials on hand to commence deliveries to the ARNGB in THIRTY (30) DAYS and can deliver at the same rate of 6-8 per month that I understand to be the rate at which the awardee is delivering.

8. Moreover, since AMCOM has so far ordered only the minimum quantities under its contract with PLI, PLI can easily respond to the ARNGB's needs.

9. As to quality, the platforms PLI is delivering to AMCOM are fully compliant with the ARNGB performance specification; indeed, they are the same platforms which PLI offered in response to the ARNGB solicitation and which the evaluator ruled, "Good."

10. In fact, the platforms PLI is supplying to AMCOM are identical to the over 200 platforms of the type called out in the performance specification which PLI has previously delivered to defense agencies, including TWENTY-FOUR (24) platforms to the ARNGB under Contract W9133L-05-F-0218 (i.e., 6 CH-47, 13 UH-60 and 5 UH-60 Tail Section Platforms).

Signed under penalty of perjury this 22nd day of August, 2008 at Seneca, South Carolina.

John Tollenaere