IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PRECISION LIFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-500 C |
| v. | ) | (Bid Protest) |
| | ) | (Senior Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF INTENT TO REQUEST**
**REDACTION OF TRANSCRIPT OF AUGUST 26, 2008 ORAL ARGUMENT**

Defendant, the United States, respectfully submits its notice of intent to request redaction of the transcript of the August 26, 2008 oral argument in this case. The argument was conducted under seal and the transcript likely contains information that is covered by the protective order in this case and, thus, should not be publicly available.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

**Protected Information To Be Disclosed Only In Accordance With**
**U.S. Court Of Federal Claims Protective Order**

s/ Scott T. Palmer
SCOTT T. PALMER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6299
Fax: (202) 305-1571

Attorneys for Defendant

Of Counsel:
Christine Choi
Trial Attorney
U.S. Army Litigation Center
901 N. Stuart St., Suite 500
Arlington, VA 22203-1837
(703) 696-2843
(703) 696-1537 (facsimile)

Dated: September 4, 2008

CERTIFICATE OF FILING

I hereby certify that on this 4th day of September 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT OF AUGUST 26, 2008 ORAL ARGUMENT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Scott T. Palmer